# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,         Criminal No. 10-235 (1) (RHK/FLN)

v.         **ORDER**

Joelyn Rose Hart,

        Defendant.

The Motion of the United States for Extension of Time for Restitution Determination (Doc. No. 80) to July 5, 2012 is **GRANTED**.

Dated: June 19, 2012

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge