UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-235 (RHK/FLN)

UNITED STATES OF AMERICA

    Plaintiff,

v.                                  **ORDER**

JOELYN ROSE HART,

    Defendant,

For good cause shown, the time for determination of any restitution owed is hereby extended from August 4, 2012 until September 24, 2012.

Dated: August 7, 2012
      NUNC PRO TUNC

                                                s/Richard H. Kyle
                                                The Honorable Richard H. Kyle
                                                United States District Court Judge